L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name Ms Claretta Brooks — Case No. ____

Address 5971 E Wister St — Chapter of Case ____

Telephone Number (home) ____ — Date Case Filed ____

Telephone Number (work) cell-215610-7346

e-mail address: Clarettabrooks50@gmail.com

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

N/A

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

FILED
2026 AUG 31 P 1:58
U.S. BANKRUPTCY COURT

3. a. Total fee charged by person or business named above $____

b. Amount of fee paid as of the date you filed bankruptcy $____

c. Did the preparer tell you the amount of court costs that must be paid to file your case?

✓ YES NO (circle one)

4. Were various chapters or types of bankruptcy explained to you?

✓ YES NO (circle one)

Other Comments ____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?

✓ YES NO (circle one)

6. Did the preparer give you a copy of the papers he prepared for you?

✓ YES NO (circle one)

Date Aug 31, 2026

Signature Ms Claretta Brooks